# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILLON N. DUNAVANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIRST CREDIT SERVICES, INC.,<br><br>　　　　Defendant. | Case No.: 1:21-cv-00662 AWI JLT<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE THE ACTION<br>(Doc. 7) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1) and indicates that the parties will bear their own costs. (Doc. 7) Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  **August 24, 2021**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE